| | |
|---|---|
| 1 | James Hunt Miller (SBCal # 135160) |
| 2 | P.O. Box 10891<br>OAKLAND CA 94610 |
| 3 | Telephone: (510) 451-2132<br>Facsimile: (510) 451-0824 |
| 4 | E-mail: jim_miller0@ yahoo.com |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SLAYTON, | ) | |
| Plaintiff, | ) | CIV NO 06-07045 SI |
| v. | ) | |
| JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of 30 days, or from March 27, 2007 (including days for service) to April 26, 2007, in which to file his Motion for Summary Judgment and/or Remand. This is Plaintiff's first request for an extension for this filing.

DATE: 03/27/07                    /s/_____
                                  James Hunt Miller
                                  Attorney for Plaintiff

*stip plf's xtn -* Slayton v. Comm'r SSA *C-06-07045 SI*                    -1-

1 DATE: March 27, 2007                    Kevin V. Ryan
                                          United States Attorney

3                                         By:/s/[1]_____
                                          Peter Thompson
4                                         Special Assistant U.S. Attorney

6 PURSUANT TO STIPULATION, IT IS SO ORDERED.

                                          /s/ Susan Illston
8 DATE: _____                _____
                                          United States District Judge

---

[1] This signature is authorized by Defendant's counsel, as communicated verbally (on the phone) to the filer.

*stip plf's xtn - Slayton v. Comm'r SSA C-06-07045 SI*                    -2-