**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SLAYTON, | No. C 06-7045 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant.                             / | |

The Court has granted plaintiff's motion for summary judgment, denied defendant's motion for summary judgment, and remanded this action for an award of benefits. Judgment is entered accordingly.

.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 27, 2008

SUSAN ILLSTON
United States District Judge