JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. SLAYTON<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant-Appellee.<br>_____ | No. C-06-07045 SI<br><br>NOTICE OF POSSIBLE SETTLEMENT OF ISSUE OR ISSUES RAISED UNDER THE EQUAL ACCESS TO JUSTICE ACT, REQUEST FOR EXTRA TIME, AND PROPOSED ORDER |

    Plaintiff has filed a request that the Court approve attorneys fees under the Equal Access to Justice Act ("EAJA") (28 U.S.C. § 2412). Defendant has filed an opposition and requested: 1) a different payee; and 2) a reduced amount of fees. Plaintiff has not filed any reply.

    Because of later developments, Plaintiff has initiated post-motion meeting and conferring for possible settlement of one or both issues, and Defendant has responded provisionally favorably about possibility of settlement. Because of the possible settlement, Plaintiff requests that the Court wait for at least fourteen days, or until August 29, 2008, during which time settlement can be pursued, before considering the EAJA issues to have been submitted for decision.

    RESPECTFULLY SUBMITTED on this 15th day of August, 2008.

/s/
James Hunt Miller, Attorney for Plaintiff Mr. Slayton

ORDER (PROPOSED)

PURSUANT TO PLAINTIFF'S NOTICE/REQUEST, and to accommodate a possible settlement, IT IS ORDERED that the issues under the EAJA will not be deemed submitted until after August 29, 2008.

DATE: _____    _____
                            United States District Judge